IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00812-LTB-MEH

VIBE TECHNOLOGIES, LLC, a Colorado limited liability company,

     Plaintiff,

v.

RALPH M. SUDDATH,
KAY EKWALL, and
ALLEN HEART,

     Defendants.

---

## MINUTE ORDER STRIKING FILING

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 8, 2006.**

By Minute Order of July 6, 2006 (Docket #15), the Defendants were granted until and including July 19, 2006, in which to file their responses to the Plaintiff's Motion to Strike Pursuant to Fed.R.Civ.P. 12(f), or, in the Alternative, Motion for More Definite Statement Pursuant to Fed.R.Civ.P. 12(e), which was filed on June 29, 2006 (Dockets #10 and #11). On August 4, 2006, Defendant Allen Heart filed with the Court a letter and 133 pages of attachments consisting of various documents and other information. Because the Plaintiff is proceeding without counsel, the Court must construe his pleadings and other filings liberally. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court will not and cannot become his advocate by hunting through these documents to discern what might or might not be responsive to the Plaintiff's motion and why. *Hall*, 935 F.2d at 1110.

Accordingly, it is hereby ORDERED that the filing made by Defendant Heart set forth at Docket #17 is hereby **stricken** from the record as nonresponsive.

**It is further ORDERED that a copy of this Minute Order is to be mailed to the following:**

**Ralph M. Suddath**                  **Kay Ekwall**
**237 Strait Lane**                   **211 Aries Lane**
**Hickory Creek, TX 75065**       **Cave Junction, OR 97523**

**Allen Heart**
**211 Aries Lane**
**Cave Junction, OR 97523**