IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00812-LTB-MEH

VIBE TECHNOLOGIES, LLC, a Colorado limited liability company,

      Plaintiff,

v.

RALPH M. SUDDATH,
KAY EKWALL, and
ALLEN HEART,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 28, 2006.**

      Before the Court is Plaintiff's Motion requesting leave of the Court to conduct discovery prior to the entry of a Scheduling Order. Plaintiff's cause of action is based on trademark and trade dress infringement and seeks damages and injunctive relief. Plaintiff argues that the purpose of this motion is to preserve evidence, and it notes that a Motion for Default Judgment is pending against Defendants due to their failure to answer the Complaint. Because of Defendants' failure to answer, and the Plaintiff's need to preserve evidence to support injunctive relief, Plaintiff's Motion to Allow Discovery to Proceed before Entry of a Scheduling Order [Filed September 19, 2006; Docket #28] is **granted**.