**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00812-LTB-MEH

VIBE TECHNOLOGIES, LLC, a Colorado limited liability company,

  Plaintiff,

v.

RALPH M. SUDDATH,
KAY EKWALL, and
ALLEN HEART,

  Defendants.
_____

**ORDER**
_____

  This case is before me on the recommendation of the magistrate judge that: 1. Plaintiff's Motion to Strike Pursuant to Fed.R.Civ.P. 12(f), or, in the Alternative, Motion For More Definite Statement Pursuant to Fed.R.Civ.P. 12(e) [Filed June 29, 2006: docket #10] be granted with regard to Plaintiff's request that certain filings be stricken and denied as moot with regard to Plaintiff's request for a more definite statement; 2. Plaintiff's Renewed Motion to Strike the Filings of Defendant Ralph Suddath [Filed August 30, 2006; docket #22] be granted; 3. that the court strike in their entirety the filings made by Defendant Suddath as set forth in Dockets #2, #19 and #20; and 4. that the court strike, in its entirety, the filing made by Alvin Joseph Hansen as set forth in Docket #9.

  The recommendations were entered and served on September 18, 2006. Defendants have filed no written objections to the magistrate judge's recommendations

and therefore are barred from *de novo* review. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Strike Pursuant to Fed.R.Civ.P. 12(f), Docket No.10, is GRANTED and the Motion in The Alternative For More Definite Statement, Docket No. 10, is DENIED AS MOOT; 2. Plaintiff's Renewed Motion to Strike the Filings of Defendant Ralph Suddath, Docket No. 22, is GRANTED; 3. filings by Defendant Suddath, Docket Nos. 2, 19 and 20 are STRICKEN IN THEIR ENTIRETY; and 4. the filing made by Alvin Joseph Hansen, Docket No. 9, is STRICKEN IN ITS ENTIRETY.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge

DATED:   November 22 , 2006