IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00812-LTB-MEH

VIBE TECHNOLOGIES, LLC, a Colorado limited liability company, and
GEORGE KOONCE, a Colorado resident,

    Plaintiffs,

v.

RALPH M. SUDDATH,
KAY EKWALL, and
ALLEN HEART,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 19, 2007.**

    Plaintiffs' Motion for Reconsideration of Court's Order on Plaintiffs' Extension of Time to Respond to Motion and Brief to Set Aside Clerk's Entry of Default, or, in the Alternative, Plaintiffs' Unopposed Motion for Additional Extension of Time to Respond to Motion and Brief to Set Aside Clerk's Entry of Default [filed September 14, 2007; doc #48] is **granted in part and denied in part**. Plaintiffs' Motion for Reconsideration is **denied**. Plaintiffs' unopposed request for an extension of time to and including September 19, 2007 to respond to the Motion to Set Aside Clerk's Entry of Default ("Motion") is **granted**.