**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  06-cv-00812-LTB-MEH

VIBE TECHNOLOGIES, LLC, a Colorado limited liability company, and
GEORGE KOONCE, a Colorado resident,

       Plaintiffs,

v.

RALPH M. SUDDATH,
KAY EKWALL, and
ALLEN HEART,

       Defendants.
_____

**ORDER**
_____

This case is before me on the recommendation of the Magistrate Judge that Defendant Suddath's Motion to Set Aside Clerk's Entry of Default (Doc 40) be denied issued and served on October 1, 2007.  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that Defendant Suddath's Motion to Set Aside Clerk's Entry of Default is DENIED.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:  October 25, 2007